IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF

v.                      No. 4:16-cr-265-DPM-9

KENNETH POWELL                                          DEFENDANT
Reg. No. 31209-009

ORDER

Powell moves to reduce his sentence based on amendments to the Sentencing Guidelines. When he was sentenced, he received two criminal history points because he was on parole when he committed his new crime. He would only receive one point under the amended Guidelines. This change, however, does not affect his sentencing range. Powell is a career offender, meaning he remains in criminal history category VI.

Powell reports that he has done well during his time in custody. He's completed drug treatment, held a job, and behaved himself. That is fine work. But the law does not allow the Court to reduce his sentence under these circumstances. 18 U.S.C. § 3582(c)(2); USSG § 1B1.10(a)(2)(B). His motion, *Doc. 361*, is therefore denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 February 2024